# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED JUNE 12, 2025

### NO. 03-25-00103-CV

**Tanyea Thomas, Appellant**

**v.**

**Expert Rentals and Property Management, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF BELL COUNTY**
**BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP**
**DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE CRUMP**

This is an appeal from the judgment signed by the trial court on January 30, 2025. Having reviewed the record, the Court holds that Tanyea Thomas has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.